■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE JONES, Appellant. [19 NYS3d 182]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Blumenfeld, J.), rendered January 11, 2013, convicting him of

robbery in the third degree and criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support his convictions is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Hawkins*, 11 NY3d 484, 492 [2008]). In any event, viewing the evidence in the light most favorable to the People (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342, 348-349 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633, 644-645 [2006]; *People v Ward*, 124 AD3d 809, 809-810 [2015]; *People v Oguntunji*, 119 AD3d 712 [2014]; *People v Hundley*, 114 AD3d 961, 961 [2014]).

The defendant's remaining contention is without merit (*see People v Riley*, 123 AD3d 947, 949 [2014]; *People v Harvey*, 117 AD3d 873, 875 [2014]). Chambers, J.P., Hall, Duffy and Barros, JJ., concur.